RECEIVED

JUN 1 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

Scott, et al                                Civil Action No. 6:17-00245

versus                                      Judge Rebecca F. Doherty

Perma-Pipe Inc., et al                      Magistrate Judge Carol B. Whitehurst

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion For Leave To File Supplemental And Amending Petition Pursuant to Local Rule 7.6 And Motion To  Remand To State Court filed by Plaintiffs, Kevin Joseph Scott and Carlar Marie Alexander Scott ("Plaintiffs") [Rec. Doc. 15] be **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this _15_ day of _June_, 2017.

Rebecca F. Doherty
United States District Judge